No. 462. HENWOOD, TRUSTEE, *v.* CHANEY. October 21, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Wayne Ely* and *A. H. Kiskaddon* for petitioner. *William H. DeParcq* for respondent.

No. 468. GERMAN-AMERICAN VOCATIONAL LEAGUE, INC. ET AL. *v.* UNITED STATES. October 21, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *George C. Dix* for petitioners. *Solicitor General McGrath, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 469. EQUITABLE LIFE ASSURANCE SOCIETY *v.* MERCANTILE-COMMERCE BANK & TRUST CO. ET AL. October 21, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Lon O. Hocker* and *James C. Jones, Jr.* for petitioner. *Thos. H. Cobbs* and *Wm. H. Armstrong* for respondents.

No. 474. CAIN *v.* UNITED STATES. October 21, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Simeon E. Sheffey* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Leon Ulman* for the United States.

No. 475. MARTIN *v.* GEORGIA. October 21, 1946. Petition for writ of certiorari to the Court of Appeals of Georgia denied. *Robert R. Jackson* for petitioner.